UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ARMENDARIZ-RASCON,<br><br>              Petitioner,<br><br>       v.<br><br>WARDEN,<br><br>              Respondent. | Case No. 2:23-cv-00576-JDP (HC)<br><br>ORDER |

   Petitioner, a federal prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Petitioner has not, however, filed an *in forma pauperis* affidavit or paid the required filing fee ($5.00).  *See* 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity to submit either the appropriate affidavit in support of a request to proceed *in forma pauperis* or the appropriate filing fee.

   In accordance with the above, IT IS HEREBY ORDERED that:

   1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed *in forma pauperis* or the appropriate filing fee; petitioner's failure to comply with this order will result in a recommendation that this action be dismissed; and

1

2.  The Clerk of Court is directed to send petitioner a copy of the *in forma pauperis* form used by this district.

IT IS SO ORDERED.

Dated:   April 27, 2023                                   
                                                  JEREMY D. PETERSON
                                                  UNITED STATES MAGISTRATE JUDGE