PHILLIP A. TALBERT
United States Attorney
MICHELLE RODRIGUEZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ARMENDARIZ-RASCON, | CASE NO. 2:23-CV-00576-JDP (HC) |
| Petitioner, | |
| v. | [PROPOSED] ORDER |
| WARDEN, FCI-HERLONG, | |
| Respondent. | |

On July 18~~7~~, 2023, the Respondent's requested an extension of time to August 16, 2023, to file its motion to dismiss or response to Petitioner's 28 U.S.C. 2241 petition. ECF 1.

IT IS HEREBY ORDERED that the Respondent's request for an extension is granted. The response is now due August 16, 2023.

IT IS SO ORDERED.

Dated:   July 18, 2023                          _____
                                                JEREMY D. PETERSON
                                                UNITED STATES MAGISTRATE JUDGE